No. 533. IVEY ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Eugene H. Phillips* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 535. UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Francis X. Ward* and *Bernard Dunau* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 536. SCHERE, DOING BUSINESS AS JENASOL COMPANY, *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Milton A. Bass* and *Solomon H. Friend* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 537. NORDEN-KETAY CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Don V. Harris, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Gilbert E. Andrews* for respondent.

No. 540. GARDINER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Robert R. Slaughter* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 600. LANE, WARDEN, *v.* WHITE. C. A. 7th Cir. Certiorari denied. *Edwin K. Steers,* Attorney General of Indiana, for petitioner. *Porter R. Draper* for respondent.